**No. 10-6432. Daniel Wright, Petitioner v. California.**

562 U.S. 1047, 131 S. Ct. 605, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8917.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-6436. Brian L. McDaniel, Petitioner v. Missouri.**

562 U.S. 1047, 131 S. Ct. 605, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8905.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6442. Kevin A. Tolliver, Petitioner v. Michael Sheets, Warden.**

562 U.S. 1047, 131 S. Ct. 605, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8817.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 594 F.3d 900.

**No. 10-6443. Hermon Yoh, Petitioner v. Andrew Pallito, Commissioner, Vermont Department of Corrections.**

562 U.S. 1047, 131 S. Ct. 605, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8856.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6444. Samuel G. Trujillo, Petitioner v. Greg Province, Warden.**

562 U.S. 1047, 131 S. Ct. 605, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8869.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 369 Fed. Appx. 879.

**No. 10-6448. Andrew Obriecht, Petitioner v. Michael S. Thurmer, Warden.**

562 U.S. 1047, 131 S. Ct. 605, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8964.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6454. Ben Alan Snipes, Petitioner v. California.**

562 U.S. 1048, 131 S. Ct. 606, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8868.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-6455. Joshua Andrew Soto, Petitioner v. California.**

562 U.S. 1048, 131 S. Ct. 606, 178 L. Ed. 2d 441, 2010 U.S. LEXIS 8844.

November 15, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.